**FILED**
March 18, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 2:15-MJ-00048-DAD
        Plaintiff,        )
v.                        )   ORDER FOR RELEASE OF
                          )   PERSON IN CUSTODY
MICHAEL D. BOTHELO,       )
                          )
        Defendant.        )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MICAHAEL D. BOTHELO</u>, Case No. <u>2:15-MJ-00048-DAD</u>, Charge <u>Title 26 USC §§ 5861</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___  Release on Personal Recognizance

  ✔   Bail Posted in the Sum of $ <u>100,000  (co-signed)</u>

        ✔   Unsecured Appearance Bond

        ___  Appearance Bond with 10% Deposit

        ___  Appearance Bond with Surety

        ___  Corporate Surety Bail Bond

        ✔   (Other)    <u>With pretrial supervison and conditions of release as stated on the record in open court..</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 18, 2015</u> at  2:52  pm.

By _____
Dale A. Drozd
United States Magistrate Judge