HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
MICHAEL BOTELHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  3:14-CR-70 [Alaska]; |
|---|---|
| Plaintiff, | )             2:15-mj-00048-DAD |
| vs. | ) MOTION AND ORDER FOR EXTENSION TO FILE SECURITY AND BOND DOCUMENTS |
| MICHAEL BOTELHO, | ) |
| Defendant. | ) Judge: Hon. Kendall J. Newman |

On March 18, 2015, Michael Botelho made his initial appearance on Rule 5(c)(3) proceedings before the Honorable Judge Drozd.  Mr. Botelho was ordered released on a $100,000 bond; $50,000 of which was to be unsecured, and $50,000 of which was to be secured by the posting of the defendant's mother's unencumbered property.  The court set a deadline for posting the secured bond at two weeks from the hearing date [April 1, 2015].

Ms. JoAnn Richardson, the defendant's mother, did not anticipate Mr. Botelho's arrest, and even less so the expense of paying for an appraisal and title search for her property.  She asks for an additional week to accomplish the property bond paperwork.  This additional time will significantly lessen the strain of this unforeseen expense.  The parties have met and conferred regarding this issue; the government has no objection to the contemplated extension.

//

//

Accordingly, the parties stipulate that the deadline to post the secured bond in this matter be extended to April 8, 2015.

Dated: March 23, 2015

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ MATTHEW M. SCOBLE*
        MATTHEW M. SCOBLE
        Assistant Federal Defender
        Attorney for Defendant
        MICHAEL BOTELHO

        */s/ MATTHEW M. SCOBLE* for
        SAMUEL WONG
        Assistant U.S. Attorney
        Attorney for Plaintiff

**ORDER**

Upon good cause shown, and the stipulation of the parties, it is ordered that the deadline for the posting of the $50,000 property bond in this case is extended to April 8, 2015.

Dated: March 23, 2015

        _____
        KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE