HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Michael D. Botelho

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Michael D. Botelho,<br><br>Defendant. | Case No. 3:14-CR-00070-TMB-KFM<br>2:15-MJ-00048- DAD<br><br>STIPULATION AND [PROPOSED] ORDER TO EXONERATE BOND |

On March 17, 2015, the defendant made his initial appearance on Rule 5(c)(3) proceedings before the Honorable Judge Drozd. Mr. Botelho was released pursuant to a $100,000.00 bond; $50,000 of which was to be unsecured, and $50,000 of which was to be secured by the posting of the defendant's mother's unencumbered property. Mr. Botelho was ordered to appear in the District of Alaska on April 3, 2015.

On April 3, 2015 the defendant appeared for arraignment before the Honorable Kevin F. McCoy in the District of Alaska, as ordered. There, Judge McCoy released the defendant pursuant to a $100,000.00 unsecured bond in Case No. 3:14-CR-00070-TMB-KFM.

The parties have met and conferred regarding whether the defendant needs to be on bond from both the Eastern District of California and from the District of Alaska. All parties concur that such is not necessary, and therefore stipulate that the bond ordered by Judge Drozd on March 17, 2015, may be exonerated.

| | |
|---|---|
| DATED: April 15, 2015 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Matthew M. Scoble*<br>Matthew M. Scoble<br>Assistant Federal Defender<br>Attorney for Defendant Michael D. Botelho |
| | /s/ *MATTHEW M. SCOBLE* for<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

Therefore, it is hereby ORDERED that the $100,000 bond set in the Eastern District of California on March 17, 2015, is hereby exonerated.

Dated: April 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE